UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61670-CIV-MORENO

WORLD TRAVELING FOOLS, LLC,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUS., INC., *et al.*,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO EXCLUDE DEFENDANTS' EXPERT

THE MATTER was referred to the Honorable John O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion to Exclude the Expert **(D.E. No. 117)**, filed on **August 18, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 128)** on **September 22, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge John O'Sullivan's Report and Recommendation **(D.E. No. 128)** on **September 22, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion to Exclude Defendant's Expert is DENIED. Should the question of whether German bankruptcy law required that the warranties be voided become an issue at trial, Mr. Thier will be allowed to testify.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of October, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge John O'Sullivan

Counsel of Record